RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 0 4 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA



DEREK LEROY MCSMITH,

On behalf of himself and on behalf of

all others similarly situated.

Plaintiff,

V

LABOR READY SOUTHEAST, INC.

Defendant

CIVIL ACTION NO:

**1:14-CV-3857**

## CLASS COMPLAINT

_____

COMES NOW plaintiff, DEREK LEROY MCSMITH, (hereafter collectively the "Plaintiff") on behalf of himself and all similary situated individuals, pro se, and for his complaint against Defendant, states as follows:

### PRELIMINARY STATEMENT

I

Defendant operates as a temporary employment agency and send employees on daily assignments. Defendant provides the temporary employee upon completion of the assignment with compensation in the form of a check or having the funds posted on a global cash debit card.

II

Defendant has in place a standard policy for all contracts negotiated with a client via Labor Ready which requires a minimum of four hours paid to an employee if the employee works less than 4 hours on any assignment at the agreed upon hourly rate.

III

Defendant has violated the provisions of the Fair Labor Standards Act and the provision of the 4 hour minimum as it relates to plaintiff and situated individuals who have worked with plaintiff as listed on the applicable work tickets.

IV

As shown by exhibit one plaintiff worked less than 4 hours and received the 4 hour minimum on 9-18-2014.

V

On 9-18-2014 plaintiff worked for a second client less than 4 hours and received compensation based upon the 4 hour minimum requirement. See exhibit one.

VI

As it relates to the 9-5-2014 date showing 4 hours plaintiff needs to initiate discovery in order to view the work ticket to validate the actual hours worked. Exhibit one.

VII

The entry date of 9-4-2014 showing 3 hours does not reflect hours worked.

VIII

As shown by exhibit 2 plaintiff worked less than 4 hours and did not receive the 4 hour minimum.

IX

As shown by exhibit 3 plaintiff worked less than 4 hours and did not receive the 4 hour minimum.

X

On the assignments pertaining to exhibits 2 & 3 plaintiff worked with more than 15 employees of defendant who worked less than 4 hours and did not receive the 4 hour minimum.

XI

Based on the foregoing violations, Plaintiff asserts claims against Defendant on behalf of himself and a class of Defendant's employees and prospective employees.

XII

On behalf of himself and the Putative Class, Plaintiff seeks statutory damages, costs and attorneys' fees, equitable relief and other appropriate relief pursuant to the Fair Labor Standards Act.

## JURISDICTION

This Court has federal question jurisdiction over Plaintiff's Fair Labor Standards Act claims. Defendant is located in Atlanta, GA, in this district and division.

## THE PARTIES

### XIV

Individual and representative Plaintiff, Derek Leroy McSmith is an employee of defendant and a member of the Putative Class.

### XV

Labor Ready Southeast is based in and maintains its principal place of business in Atlanta, GA and is governed by the record keeping provisions of the Fair Labor Standards Act.

### XVI

Numerosity: Plaintiff became aware that defendant was not providing the 4 hour minimum to employees who worked less than 4 hours in September of 2014 thus the Putative Class is numerous.

### XVII

Typicality: Plaintiff's claims are typical of the members of the Putative Class.

### XVIII

Adequacy: Plaintiff will fairly and adequately protect the interests of the Putative class by petitioning the court for court appointed counsel pursuant to U.S.C. 1915.

### XIX

Commonality: Common questions of law and fact exist as to all members of the Putative Class and predominate over any questions solely affecting individual members of the Putative Class, including but not limited to:

a. Whether Defendant violated the Fair Labor Standards Act willfully

b. The proper measure of statutory damages.

XX

This case is maintainable as a class action under Fed. R. Civ. P 23(b)(2) because Defendant has acted on grounds that apply generally to the Putative Class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole.

XXI

Class certification is also appropriate under Fed. R. Civ. P. 23 (b)(3) because questions of law and fact common to the Putative Class predominate over any questions affecting only individual members of the Putative Class, and because a class action is superior to other available methods for the fair and efficient adjudication of this litigation. Defendant's conduct described in this complaint stems from established and uniform policies and practices resulting in common violations of the Fair Labor Standards Act. Members of the Putative Class do not have an interest in pursuing separate actions against Defendant, as the amount of each Class member's individual claims is small compared to the expense and burden of individual prosecution and Plaintiff is unaware of any similar claims brought against Defendant by any members of the Putative Class on an individual basis.  Class certification also will obviate the need for unduly duplicative litigation that might result in inconsistent judgments concerning Defendant's practices.  Moreover, management of this action as a class action will not present any likely difficulties.  In the interests of justice and judicial efficiency, it would be desirable to concentrate the litigation of all Putative Class members' claims in a single forum.

### XXII

Plaintif intends to send notice to all members of the Putative Class to the extent required by Rule 23. The names and addresses of the Putative Class members are available from Defendant's records.

### COUNT ONE: FIRST CLAIM FOR RELIEF

Failure to provide employees minimum wage hours pursuant to the 4 hours minimum requirement in violation of the Fair Labor Standards Act

### XXIII

Plaintiff states and incorporates by reference the statements in the preceding paragraphs.

### XXIV

Defendant violated the provisions of the Fair Labor Standards Act by not providing plaintiff and similarly situated employees with minimum wage hours due them via the standard 4 hour minimum payment requirement. Whether Defendant has maintained precise records will be discovered thru discovery.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and the Putative Class, prays for relief as follows: 1. Determination that this action may proceed as a class action under Rule 23(b)(2) &(3) of the Federal Rule of Civil Procedure; 2. Designating plaintiff as class representative and designating plaintiff's counsel as counsel for the Putative Class; 3. Issuing proper notice to the Putative Class at Defendant's expense; 4. Declaring that Defendant committed multiple, separate violations of the Fair Labor Standards Act;

5. Declaring that Defendant acted willfully in deliberate or reckless disregard of plainitff's and class member rights and its obligations under the Fair Labor Standards Act; 6. Award statutory damages as provided by the Fair Labor Standards Act; 7. Award punitive damages as provided by the Fair Labor Standards Act; 8. Award reasonable attorney's fees and costs as provided by the Fair Labor Standards Act; 9. The difference in pay not provided to plaintiff and those similarly situated current and former employees who worked on work tickets under 4 hours but did not receive the 4 hour minimum payment requirement; 10. Granting other and further relief, in law or equity, as this Court may deem appropriate and just & 11. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff and the Putative Class demand a trial by jury.

DEREK LEROY MCSMITH, on his own behalf and

on behalf of those similarly situated

*Derek Leroy McSmith* (signature)

Derek Leroy McSmith

6852 Tara Oaks Drive

Riverdale, GA 30274

470 725 8535

lry_z@yahoo.com

## Worker Work History

| Dispatch Date | Job Order # | Work Ticket # | Customer Name | Hours | PaymentStatus |
|---|---|---|---|---|---|
| 09/18/2014 | 001244059 | 1018964-3219 | Raja Varahabhatla | 4.00 | Issued |
| 09/18/2014 | 001242536 | 1018973-3219 | Tony Brewer & Company Inc | 4.00 | Issued |
| 09/17/2014 | 001235700 | 1018889-3219 | RHB Enterprises | 8.00 | Issued |
| 09/06/2014 | 001224339 | 1018342-3219 | WME Live Ent | 5.75 | Issued |
| 09/06/2014 | 001224339 | 1018345-3219 | WME Live Ent | 0.00 | Unissued |
| 09/05/2014 | 001224339 | 1018274-3219 | WME Live Ent | 5.75 | Issued |
| 09/05/2014 | 001224673 | 1018344-3219 | WME Live Ent | 4.00 | Issued |
| 09/04/2014 | 001224673 | 1018173-3219 | WME Live Ent | 3.00 | Issued |
| 09/04/2014 | 001224673 | 1018173-3219 | WME Live Ent | 5.50 | Issued |
| 08/28/2014 | 001214667 | 1017786-3219 | SPIRIT HALLOWEEN SUPE | 7.50 | Issued |
| 08/22/2014 | 001180213 | 1017465-3219 | BURLINGTON MATTRESS | 7.00 | Issued |

Exhibit 1

page1 o

| | | | | | | |
|---|---|---|---|---|---|---|
| LABOR READY SOUTHEAST INC | | 1015 "A" ST TACOMA WA 98402 | | Telephone : 1-877-733-0430 | | |
| Issued By : | 120983 | Advice Date : | 10/22/2014 | Advice Number: | 8075587147 | |
| Payee: | MCSMITH,DEREK,L | Social Security No: | XXX-XX-9451 | Pay Period: | 10/22/2014 to 10/22/2014 | |
| Gross Pay : | $21.75 | Net Pay : | $20.08 | | | |

| THIS PERIOD EARNINGS | | THIS PERIOD TAXES | | THIS PERIOD DEDUCTIONS |
|---|---|---|---|---|
| Regular | $21.75 | MED EE | $0.32 | |
| TOTAL EARNINGS | $21.75 | SOC SEC EE | $1.35 | |
| | | TOTAL TAXES | $1.67 | |

### HOURS BY JOB ASSIGNMENT

| Customer | Primary Address | Phone | Rate | Reg | OT | DT |
|---|---|---|---|---|---|---|
| ADESA AUCTIONS | 5055 OAKLEY INDUSTRIAL BOULEVARD, FAIRBURN, GA, 30213 | 770-357-2007 | $7.25 | 3.00 | 0.00 | 0.00 |
| | **TOTAL HOURS** | | | **3.00** | **0.00** | **0.00** |

YTD EARNINGS :  $3148.80                                                                                                                        YTD HOURS : 412.85

THANK YOU FOR WORKING WITH LABOR READY (WWW.LABORREADY.COM).PLEASE VERIFY YOUR HOURS.

ATTENTION:
YOUR PAYMENT HAS BEEN MADE TO YOUR PAYCARD AND IS FUNDED IMMEDIATELY.  THERE ARE MANY WAYS TO USE YOUR PAYCARD WITH NO FEES - VISIT YOUR NEAREST BANK TO RECEIVE 100% OF YOUR BALANCE, CASH YOUR G-CHECK FOR FREE AT WALMART, OR RECEIVE CASH BACK WHEN YOU USE THE CARD AT LOCAL STORES.  SEE YOUR PAYCARD TERMS AND CONDITIONS FOR MORE INFO.  IF YOU LOSE YOUR CARD, PLEASE RETURN TO YOUR NEAREST LABOR READY BRANCH TO RECEIVE A REPLACEMENT CARD FOR FREE.

This document is not a check.Ask the branch employees for the nearest location to use your paycard for free or for the toll free Global Cash Card customer service line to learn more about how to use your paycard.

If you prefer to receive your payment in a different form, ask branch employees for details of available payment methods.

MCSMITH,DEREK,L                                    *Exhibit 2*                                    SYS KEY:   1335SYS10/22/14  4:32:37 PM
6852 TARA OAKS DRIVE
RIVERDALE                    GA    30274                                    **AMOUNT DEPOSITED**      $20.08

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LABOR READY SOUTHEAST INC | | 1015 "A" ST TACOMA WA 98402 | | Telephone : 1-877-733-0430 | | | page1 |
| Issued By : | 120983 | Advice Date : | 10/1/2014 | Advice Number: | 8075219495 | | |
| Payee: | MCSMITH,DEREK,L | Social Security No: | XXX-XX-9451 | Pay Period: | 10/1/2014 to 10/1/2014 | | |
| Gross Pay : | $21.75 | Net Pay : | $20.08 | | | | |

| THIS PERIOD EARNINGS | | THIS PERIOD TAXES | | THIS PERIOD DEDUCTIONS |
|---|---|---|---|---|
| Regular | $21.75 | MED EE | $0.32 | |
| TOTAL EARNINGS | $21.75 | SOC SEC EE | $1.35 | |
| | | TOTAL TAXES | $1.67 | |

## HOURS BY JOB ASSIGNMENT

| Customer | Primary Address | Phone | Rate | Reg | OT | DT |
|---|---|---|---|---|---|---|
| ADESA AUCTIONS | 5055 OAKLEY INDUSTRIAL BOULEVARD, FAIRBURN, GA, 30213 | 770-357-2007 | $7.25 | 3.00 | 0.00 | 0.00 |
| | **TOTAL HOURS** | | | **3.00** | **0.00** | **0.00** |

YTD EARNINGS :  $3108.30                                                                                           YTD HOURS : 407.35

THANK YOU FOR WORKING WITH LABOR READY (WWW.LABORREADY.COM).PLEASE VERIFY YOUR HOURS.

ATTENTION:
YOUR PAYMENT HAS BEEN MADE TO YOUR PAYCARD AND IS FUNDED IMMEDIATELY. THERE ARE MANY WAYS TO USE YOUR PAYCARD WITH NO FEES - VISIT YOUR NEAREST BANK TO RECEIVE 100% OF YOUR BALANCE, CASH YOUR G-CHECK FOR FREE AT WALMART, OR RECEIVE CASH BACK WHEN YOU USE THE CARD AT LOCAL STORES. SEE YOUR PAYCARD TERMS AND CONDITIONS FOR MORE INFO. IF YOU LOSE YOUR CARD, PLEASE RETURN TO YOUR NEAREST LABOR READY BRANCH TO RECEIVE A REPLACEMENT CARD FOR FREE.

This document is not a check.Ask the branch employees for the nearest location to use your paycard
for free or for the toll free Global Cash Card customer service line to learn more about how to use your paycard.

If you prefer to receive your payment in a different form, ask branch employees for details of available payment methods.

SYS KEY:    1335SYS10/01/14  4:53:06 PM

MCSMITH,DEREK,L

6852 TARA OAKS DRIVE                *Exhibit 3*

RIVERDALE              GA    30274                **AMOUNT DEPOSITED**    $20.08