UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK LEROY MCSMITH, on behalf of himself and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>vs.<br><br>LABOR READY SOUTHEAST, INC.,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 14-cv-3857-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 10th day of February, 2015.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　  s/Andrea Gee
　　　　　　　　　　　　　　　　　　Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 10, 2015
James N. Hatten
Clerk of Court

By: s/Andrea Gee
　　　Deputy Clerk